IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KELLY CAIN

        Plaintiff(s)

v.

ALMECO USA, INC.,

        Defendant(s)

CIVIL ACTION NO.
1:12cv3296-TWT

## JUDGMENT

This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict in favor of the Plaintiff Kelly Cain and against the Defendant Almeco USA, Inc.

Judgment hereby entered in the amount of  $6,907.47 compensatory damages and $6,907.47 liquidated damages in favor of the Plaintiff  Kelly Cain and against the Defendant Almeco USA, Inc., plus costs and interest at the legal rate from the date of this judgment to the date payment made in full.

March 13, 2014

JAMES N. HATTEN,  Clerk

By  /s/Sheila T. Sewell
        Deputy Clerk