IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KELLY CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| ALMECO USA, INC., | ) | 1: 12-cv-03296-TWT |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

**SATISFACTION OF JUDGMENT**

WHEREAS, on March 13, 2014, Judgment was entered in favor of the Plaintiff against the Defendant in the amount of $6,907.47 in compensatory damages, and $6,907.47 in liquidated damages, along with costs and interest; and

WHEREAS, said Judgment has been fully paid to the Plaintiff. Plaintiff has moved the Court for an award of her attorney's fees and the issue of attorney's fees remains before the Court.

THEREFORE, satisfaction of the said Judgment is hereby acknowledged by the Clerk of the Court. Plaintiff has moved the Court for an award of her attorney's fees and the issue of attorney's fees remains before the Court.

This 16th day of April, 2014.

BARRETT & FARAHANY, LLP
s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504
Attorney for Plaintiff

1100 Peachtree Street, NE
Suite 500
Atlanta, GA   30309
404-214-0120

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KELLY CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| ALMECO USA, INC., | ) | 1: 12-cv-03296-TWT |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| _____ | ) | |

This is to certify that on April 16, 2014, I electronically filed the foregoing **Satisfaction of Judgment** using the CM/ECF system which will automatically send email notification to all attorneys of record.

BARRETT & FARAHANY, LLP

s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504
Attorney for Plaintiff

1100 Peachtree Street, NE
Suite 500
Atlanta, GA   30309
404-214-0120

3